AUSAs: Ariana L. Bloom and Alexandra S. Messiter

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | **25 MAG 639** |
| UNITED STATES OF AMERICA<br><br>      v.<br><br>JULIAN GUZMAN,<br><br>        Defendant. | **COMPLAINT**<br><br>Violations of<br>18 U.S.C. §§ 1951, 924(c), and 2.<br><br>COUNTY OF OFFENSE:<br>BRONX |

SOUTHERN DISTRICT OF NEW YORK, ss.:

  KERRI KUHL, being duly sworn deposes and says that she is a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, and charges as follows:

## COUNT ONE
(Conspiracy to Commit Hobbs Act Robbery)

  1. From in or about January 2025 up to and including in or about February 2025, in the Southern District of New York and elsewhere, JULIAN GUZMAN, the defendant, and others known and unknown, knowingly combined, conspired, confederated, and agreed together and with each other to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, GUZMAN conspired with others to commit armed robberies of multiple commercial establishments, including a deli in Queens, New York on or about January 22, 2025 and a parking garage in the Bronx, New York, on or about February 8, 2025.

(Title 18, United States Code, Section 1951.)

## COUNT TWO
(Hobbs Act Robbery)

  2. On or about February 8, 2025, in the Southern District of New York and elsewhere, JULIAN GUZMAN, the defendant, knowingly committed robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and thereby obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and aided and abetted the same, to wit, GUZMAN and others robbed at gunpoint a parking garage in the Bronx, New York.

(Title 18, United States Code, Sections 1951 and 2.)

## COUNT THREE
(Firearms Use, Carrying, and Possession)

3. On or about February 8, 2025, in the Southern District of New York and elsewhere, JULIAN GUZMAN, the defendant, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the Hobbs Act robbery charged in Count Two of this Complaint, knowingly aided and abetted the use, carrying, and possession of a firearm, which was brandished.

(Title 18, United States Code, Sections 924(c)(1)(A)(i) and (ii), and 2.)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

4. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and I am a Task Force Officer currently assigned to the Sparta Joint Robbery Take Force (the "Task Force") comprised of members of ATF and the New York City Police Department (the "NYPD"). I have been personally involved in the investigation of this matter. This affidavit is based upon my investigation, my conversations with law enforcement agents and others, and my examination of reports and records. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

## THE JANUARY 22, 2025 ARMED ROBBERY

5. Based on my review of law enforcement documents and records, my communications with other law enforcement officers, and my review of surveillance footage, I have learned, among other things, the following:

   a. At approximately 1:56 a.m. on or about January 22, 2025, a white Acura TLX with no front license plate ("Vehicle-1") pulled up to a deli located in the vicinity of 105-02 34th Avenue in Queens, New York ("Deli-1"), which sells a variety of products that are manufactured and sold in interstate commerce. Two individuals ("Robber-1" and "Robber-2") exited Vehicle-1 and entered Deli-1, where three employees (collectively, the "January 22 Robbery Victims") were present. Once inside Deli-1, Robber-1 displayed a firearm and Robber-2 grabbed onto the coat of one of the January 22 Robbery Victims. Robbers-1 and -2 then headed towards the cash register and removed a total of approximately $100 from the cash register. **Images 1** and **2** below are still images from surveillance footage inside Deli-1 showing Robbers-1 and -2 at the time of the January 22, 2025 robbery (the "January 22 Robbery"), with Robber-1 displaying the firearm:




**Image 1**  **Image 2**

b. When one of the January 22 Robbery Victims exited Deli-1 and began to close the grate in front of Deli-1, the driver of Vehicle-1 ("Robber-3") ran toward Deli-1 and up the steps to the entrance of Deli-1. As Robber-3 reached the entrance to Deli-1, Robbers-1 and -2 were exiting Deli-1, and Robber-3 turned around and ran back toward Vehicle-1 followed by Robbers-1 and -2. **Images 3 and 4** below are still images from surveillance footage outside of Deli-1 showing Robber-3. Robbers-1, -2, and -3 then fled in Vehicle-1.




**Image 3**  **Image 4**

## IDENTIFICATION OF JULIAN GUZMAN AS ROBBER-3 IN THE JANAURY 22 ROBBERY

6. Based on my review of law enforcement documents and records and my communications with other law enforcement officers, I have learned that, shortly after 3:00 a.m. on or about January 22, 2025 (that is, approximately just over one hour after the start of the January 22 Robbery), law enforcement officers recovered a white Acura TLX (the "White Acura TLX") that matched the make, model, and color of Vehicle-1 in the vicinity of Exit 2A of the Cross Bronx Expressway in the Bronx, where it had been crashed and abandoned. The White Acura TLX had

a temporary license plate on the rear of the vehicle and no license plate on the front of the vehicle, consistent with Vehicle-1.  The White Acura TLX was later identified as having been stolen from Queens, New York on or about December 9, 2024.

7.      Based on my review of surveillance video, I have learned that surveillance video taken from a deli located in the vicinity of 105 East 175th Street in the Bronx ("Deli-2"), approximately one block away from the location where the White Acura TLX was recovered, shows that, at approximately 3:00 a.m. on January 22, 2025 (that is, approximately just over one hour after the start of the January 22 Robbery), four individuals entered Deli-2.  Surveillance video taken from inside Deli-2 shows that three of those individuals wore clothing consistent with the clothing worn by Robbers-1, -2, and -3 during the January 22 Robbery.  **Image 5** is a still image from surveillance footage showing one of those individuals inside Deli-2:


**Image 5**

8.      Based on a comparison between surveillance footage from inside Deli-2, with surveillance footage showing Robber-3 during the January 22 Robbery, I believe that the individual shown inside Deli-2 in **Image 5** is Robber-3.  Specifically, a comparison of surveillance footage from inside Deli-2 (**Image 5**), with surveillance footage from the January 22 Robbery (**Images 3** and **4**) shows that the clothing worn by the individual shown in **Image 5** is consistent with the clothing worn by Robber-3.  In particular, the individual shown in **Image 5** is wearing distinctive white sneakers with a dark design; black sweatpants with a lighter-colored stripe down the side; white patterned boxers; and a black jacket with a silver zipper and details over a dark hooded sweatshirt, consistent with Robber-3.



**Image 3**



**Image 4**

**Image 5**

9.      Based on my review of law enforcement records, my participation in this investigation, and my communications with other law enforcement officers, I have learned, among other things, the following:

a.      On or about January 23, 2025 (that is, the day after the January 22 Robbery described above), JULIAN GUZMAN, the defendant, was arrested by the NYPD (the "January 23 Arrest").  Based on a comparison between a law enforcement photograph taken of GUZMAN at the time of the January 23 Arrest (**Image 6**) and surveillance footage from Deli-2 showing Robber-3 (**Image 5**), I believe that Robber-3 from the January 22 Robbery is GUZMAN.




**Image 6**          **Image 5**

     b. Law enforcement photographs of JULIAN GUZMAN, the defendant, during the January 23 Arrest also show that GUZMAN had an injury to the side of his left wrist. Based on a comparison between a law enforcement photograph of GUZMAN from the January 23 Arrest (**Image 7**), with a still image of Robber-3 from surveillance video inside Deli-2 (**Image 8**), I have learned that Robber-3 had an injury to the side of his left wrist consistent with GUZMAN's injury at the time of his arrest one day later.




**Image 7**          **Image 8**

     c. At the time of the January 23 Arrest, JULIAN GUZMAN, the defendant, was wearing a black jacket with distinctive silver details ("the Moose Knuckles Jacket"). Based on a comparison between law enforcement photographs of the Moose Knuckles Jacket from the

6

time of GUZMAN's arrest (**Images 9** and **10**), with still images from surveillance footage showing Robber-3's jacket during the January 22 Robbery (**Image 11**) and in Deli-2 (**Image 8**), I know that the jacket worn by GUZMAN at the time of the January 23 Arrest was consistent with the jacket worn by Robber-3.




**Image 9**  **Image 10**




**Image 11**  **Image 8**

10. Based on my review of law enforcement records and my communications with other law enforcement officers, I have further learned that, on or about September 15, 2024, JULIAN GUZMAN, the defendant, was arrested by the NYPD (the "September 15 Arrest"). Based on a comparison between a still image taken from bodyworn camera footage at the time of the September 15 Arrest (**Image 12**), with still images from surveillance footage showing Robber-3 during the January 22 Robbery (**Image 11**) and in Deli-2 (**Image 5**), I have learned that the distinctive white sneakers with a dark design worn by GUZMAN at the time of the September 15 Arrest are consistent with the sneakers worn by Robber-3.

7

  

**Image 12**           **Image 5**          **Image 11**

11. Accordingly, there is probable cause that Robber-3 in the January 22 Robbery is JULIAN GUZMAN, the defendant.

## THE FEBRUARY 8, 2025 ARMED ROBBERY

12. Based on my review of law enforcement documents and records, my communications with other law enforcement officers and my review of surveillance footage, I have learned, among other things, the following:

    a. On or about February 8, 2025, at approximately 2:17 a.m., three individuals ("Robber-A," "Robber-B," and "Robber-C") approached a parking lot attendant working in the office of a parking garage in the Bronx, New York ("Parking Garage-1"), which services a variety of customers from all over the New York City metropolitan area, including customers from outside of New York State. Robber-C brandished a firearm and stood at the entrance to the office of Parking Garage-1, while Robbers-A and -B took keys from the office, which they then tested in the parking garage to determine which cars the keys unlocked.

    b. After approximately fifteen minutes, Robbers-A and -B identified the keys to a white Honda Accord in the parking garage (the "Stolen Honda Accord"), and Robbers-A, -B, and -C stole and fled in the Stolen Honda Accord. **Images 13** and **14** below are still images taken from surveillance footage in Parking Garage-1 at the time of the February 8, 2025 robbery (the "February 8 Robbery"), showing Robbers-A and -B testing car keys (circled in white), and Robber-C displaying the firearm (circled in red) in the doorway to the Parking Garage-1 office:



**Image 13**



**Image 14**

### IDENTIFICATION OF JULIAN GUZMAN AS ROBBER-A IN THE FEBRUARY 8, 2025 ROBBERY

13. Based on my review of surveillance footage from Parking Garage-1, I have learned that surveillance footage from Parking Garage-1 at the time of the February 8 Robbery shows that Robber-A was wearing distinctive white sneakers with a dark design. Based on a comparison between a still image from surveillance footage from Parking Garage-1 showing Robber-A during the February 8 Robbery (**Image 15**), with a still image taken from bodyworn camera footage at the time of the September 15 Arrest of JULIAN GUZMAN, the defendant, (**Image 12**), I believe that the sneakers worn by Robber-A are consistent with the sneakers worn by GUZMAN during the September 15 Arrest.

 

**Image 15**                     **Image 12**

14. Based on my review of law enforcement reports and my communications with other law enforcement officers, I have learned that the owner of the Stolen Honda Accord reported, in substance and in part, that she left her wallet in the Stolen Honda Accord at the time it was stolen. Based on credit card alerts and bank information received by the owner of the Stolen Honda Accord, I have learned that there was an attempt to use a credit card belonging to the owner of the Stolen Honda Accord on or about February 8, 2025, at approximately 3:36 a.m. (that is, approximately less than an hour-and-a-half after the start of the February 8 Robbery), at an eatery located in the vicinity of 128 East 174th Street in the Bronx ("Eatery-1"). Surveillance video from Eatery-1 shows a male individual wearing clothing consistent with the clothing worn by Robber-A, including a dark hooded sweatshirt, dark sweatpants, and distinctive white sneakers with a dark design, attempting to use the credit card (the "Stolen Credit Card"). Based on a comparison between surveillance footage from inside Eatery-1 showing the individual attempting to use the Stolen Credit Card, and the law enforcement photograph of JULIAN GUZMAN, the defendant, taken from the January 23 Arrest (**Image 6**), I believe that the individual who attempted to use the Stolen Credit Card on February 8, 2025 is GUZMAN. **Images 16** and **17** below are still images from surveillance footage inside Eatery-1 showing the male individual attempting to use the Stolen Credit Card.

 

**Image 16**                     **Image 17**

10

15. Based on my review of surveillance footage from the vicinity of 182nd Street in the Bronx, I have learned that surveillance footage shows that, on or about February 8, 2025, at approximately 5:00 a.m. (that is, approximately less than three hours after the start of the February 8 Robbery), a male individual parked the Stolen Honda Accord on 182nd Street.[1] The individual who parked the Stolen Honda Accord then walked inside an apartment building ("Apartment Building-1").

16. Based on my review of surveillance footage from inside Apartment Building-1, I have learned that surveillance footage shows that the individual who parked the Stolen Honda Accord and entered Apartment Building-1 approximately less than three hours after the start of the February 8 Robbery was wearing clothing consistent with the clothing worn by Robber-A, specifically, distinctive white sneakers with a dark design, black sweatpants, and a black jacket over a dark hooded sweatshirt. Further, based on a comparison between surveillance footage showing the individual who parked the Stolen Honda Accord and entered Apartment Building-1 (**Image 18**), and a law enforcement photograph of JULIAN GUZMAN, the defendant, taken from the January 23 Arrest (**Image 6**) I believe that this individual is GUZMAN.

 

**Image 18**          **Image 6**

17. Based on my review of surveillance footage from Apartment Building-1, I have further learned that surveillance video shows the individual in **Image 18** entering a particular apartment ("Apartment-1"). Based on my review of NYPD records, I have learned that, on or about July 30, 2020, a close relative of JULIAN GUZMAN, the defendant, provided Apartment-1 as the home address for GUZMAN. Based on my review of NYPD records, I have further learned that, on or about September 15, 2024, GUZMAN provided Apartment-1 as his home address to the NYPD in connection with the September 15 Arrest.

---

[1] The Stolen Honda Accord was subsequently recovered by law enforcement and was found to be bearing fraudulent license plates, with the legitimate license plates lying inside the vehicle.

11

WHEREFORE, I respectfully request that a warrant be issued for the arrest of JULIAN GUZMAN, the defendant, and that he be imprisoned or bailed, as the case may be.

/s/ Kerri Kuhl, with permission
KERRI KUHL
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Sworn to me through the transmission of this
Complaint by reliable electronic means, pursuant to
Federal Rules of Criminal Procedure 41(d)(3) and 4.1
this 24 day of February 2025

HONORABLE HENRY J. RICARDO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK